UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| DEB FULA, | ) | CIV.  12-5071-JLV |
| | ) | |
| Plaintiff, | ) | |
| | ) | JUDGMENT OF DISMISSAL |
| vs. | ) | |
| | ) | |
| SAFEWAY STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to the court's order (Docket 43) of September 30, 2014, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of defendant Safeway Stores, Inc. and against plaintiff Deb Fula.

Dated September 30, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE